120 A.3d 299

COMMONWEALTH of Pennsylvania, Respondent

v.

Khiri ARTER, Petitioner.

Supreme Court of Pennsylvania.

July 28, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 28th day of July, 2015, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by Petitioner, is as follows:

Whether the Superior Court erred in upholding the Revocation Court's denial of Petitioner's motion to exclude evidence obtained in violation of the Petitioner's privacy rights under Article I, Section 8 of the Pennsylvania Constitution?